ORIGIN ID:SOPA (919) 890-0560
PAM CASPER
COHEN MILSTEIN SELLERS & TOLL PLLC
407 N. PERSON STREET

RALEIGH, NC 27601
UNITED STATES US

SHIP DATE: 19JAN21
ACTWGT: 1.00 LB
CAD: 250582045/INET4340

BILL SENDER

TO HON. JOHN S. BRUBAKER, CLERK
UNITED STATES DISTRICT COURT
324 W. MARKET STREET

GREENSBORO NC 27401
(336) 332-6030    REF: 31920.001
INV:
PO:    DEPT:

FedEx Express

WED - 20 JAN 4:30P
STANDARD OVERNIGHT

TRK# 7726 6720 5675
0201

27401
NC-US  GSO

XH GSXA

Extremely Urgent

INSPECTED

FedEx

1/19/2021



Case 1:20-cv-00784-WO-LPA    Document 18-1    Filed 01/20/21    Page 1 of 2



Case 1:20-cv-00784-WO-LPA   Document 18-1   Filed 01/20/21   Page 2 of 2