# AFFIDAVIT OF SERVICE

| Case: 1:20-cv-784 | Court: In the United States District Court for The Middle District of North Carolina | County: | Job: 11506122 |
|---|---|---|---|
| Plaintiff / Petitioner: United State of American ex rel. Lesie Carico || Defendant / Respondent: Veterans Guardian VA Claim Consulting, LLC, et al., ||
| Received by: Walton Investigations || For: Cohen Milstein Sellers & Toll PLLC ||
| To be served upon: Veterans Guardian VA Claim Consulting, LLC, et al., ||||

I, Robert Gain, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Veterans Guardian VA Claim Consulting, LLC, et al., , Company: 75 Trotter Hills Circle, Pinehurst, NC 28374
**Manner of Service:** Substitute Service - Business, Jul 29, 2024, 3:24 pm EDT
**Documents:** VG Summons.pdf (Received Jul 29, 2024 at 12:30pm EDT), Notice of Consent (2).pdf (Received Jul 29, 2024 at 12:30pm EDT), Dist.M.D.N.C._1-20-cv-00784 Original Complaint (3).pdf (Received Jul 29, 2024 at 12:30pm EDT), Dist.M.D.N.C._1-20-cv-00784 Amended Complaint (2).pdf (Received Jul 29, 2024 at 12:30pm EDT)

### Additional Comments:
1) Successful Attempt: Jul 29, 2024, 3:24 pm EDT at Company: 75 Trotter Hills Circle, Pinehurst, NC 28374 received by Veterans Guardian VA Claim Consulting, LLC, et al., .
File successfully served to Benjamin L. Tipton, Accounts Administrator MAJ (R)

Robert Gain
Date 7/30/24

Walton Investigations
P.O. Box 8246
Greensboro, NC 27419-8246
336-550-4446

### ACKNOWLEDGMENT
North Carolina Guilford County
I, Junko Shiraishi, a Notary Public for said County and State, do hereby certify that Robert Gain personally appeared before me this day and acknowledged the due execution of the attached Summons including all the reference documents as listed above United State of American ex rel. Lesie Carico vs. Veterans Guardian VA Claim Consulting, LLC, et al.,
Witness my hand and official seal, this the 30 day of July 20 24
(Official Seal)
Notary Public
October 27, 2026
Date Commission Expires