UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

The United States of America, ex rel. Leslie Carico )
)
    Plaintiff(s), )
) **Case No.:** 20-cv-784
v. )
)
Veterans Guardian VA Claim Consulting, LLC, Scott Greenblatt, William Taylor, and Gregory A. Villarosa, Ph.D. )
)
)
    Defendant(s). )

### DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Veterans Guardian VA Claim Consulting, LLC who is Defendant,
(Name of Party)                    (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

        ( ) Yes         (✓) No

2.     Does party have any parent entities?

        ( ) Yes         (✓) No

    If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
_____
_____

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

   ( ) Yes    (✓) No

   If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
   _____
   _____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes    (✓) No

   If yes, identify all such owners: _____
   _____
   _____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes    (✓) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

6. <u>In all cases</u>, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of  Veterans Guardian VA Claim Consulting, LLC  and, in diversity cases, their states of citizenship:
   (name of LLC or LP party)

   | Scott Chaim Greenblatt | North Carolina |
   | (name of member or partner) | (state of citizenship) |
   | William Cooper Taylor, Jr. | North Carolina |
   | (name of member or partner) | (state of citizenship) |
   | _____ | _____ |
   | (name of member or partner) | (state of citizenship) |
   | _____ | _____ |
   | (name of member or partner) | (state of citizenship) |

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| /s/ Dustin T. Greene | 8/23/24 |
|---|---|
| (Signature) | (Date) |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 23rd day of August, 2024

*/s/ Dustin T. Greene*
Dustin T. Greene

*Counsel for Defendants*